THE STATE OF MONTANA EX REL. GLENN HENRY LA-
GERQUIST, RELATOR, *v.* THE DISTRICT COURT THIR-
TEENTH JUDICIAL DISTRICT OF THE STATE OF MON-
TANA, IN AND FOR THE COUNTY OF YELLOWSTONE, THE HON-
ORABLE E. E. FENTON, DISTRICT JUDGE, AND JOHN L.
ADAMS, JR., ESQ., COUNTY ATTORNEY FOR YELLOWSTONE
COUNTY, MONTANA, RESPONDENTS.

No. 11299.
Decided March 17, 1967.

Memo Opinion.

PER CURIAM:

Original proceeding. Application for alternative writ of pro-
hibition or other appropriate writ.

The application is denied and the proceeding is dismissed.

DATED this 16th day of March, 1967.

THE STATE OF MONTANA ON THE RELATION OF BRUCE
MYERS, RELATOR, *v.* THE DISTRICT COURT OF THE
THIRTEENTH JUDICIAL DISTRICT OF THE STATE OF
MONTANA, IN AND FOR THE COUNTY OF YELLOWSTONE, AND
E. E. FENTON, THE JUDGE THEREOF, RESPONDENTS.

No. 11315.
Decided April 24, 1967.

Memo Opinion.

PER CURIAM:

Original proceeding.

Relator seeks a writ of supervisory control or other appro-
priate writ in this matter.

The relief sought is denied and the proceeding is dismissed.

DONE this 24th day of April, 1967.